# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

Jessica McGuire
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See attachment
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:24-cv-01727-RLY-MKK
*(to be filled in by the Clerk's Office)*

FILED
9/30/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**Demand for Jury Trial** ☒ **Yes** ☐ **No**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

**I. Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

HIPPA, FMLA, claims fraud

☒ Relevant state law *(specify, if known)*:

Defamation/slander, Retation, wrongful termination

☐ Relevant city or county law *(specify, if known)*:

**II. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jessica McGuire |
| Street Address | 2412 Blackberry ct |
| City and County | Greenwood and Johnson |
| State and Zip Code | Indiana and 46143 |
| Telephone Number | 463-204-4181 |
| E-mail Address | JmMcGuire121718@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | See attachment, please |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Elevance Health |
| Street Address | 220 Virgina Ave |
| City and County | Indianapolis and Marion County |
| State and Zip Code | Indiana, 46204 |
| Telephone Number | 866-777-9636 |

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: wrongful termination

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

from January 2022 through August 2023

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race — mixed Arican American & Caucasian
- [x] color — Brown Skinned
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* ________ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

Dyskinesia, Tramatic Brain Injury, memoryloss, Severe Anxiety

E. The facts of my case are as follows. Attach additional pages if needed.

Please See attachment

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

**A.** It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

From 03/11/23 through 09/27/23 several complaints were filled.

**B.** The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)* 07/02/2024

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

**C.** Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ 60 days or more have not elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

lost wages, medical bills, damages for defamation/slander and emotional distress.
To have non-rehire removed when potential employer call.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/30/2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Jessica McGuire

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/02/2024

**To:** Mrs. Jessica McGuire
2412 Blackberry Ct
GREENWOOD, IN 46143

Charge No: 470-2023-03453

EEOC Representative and email: ANDREA M. DAYHARSH
Enforcement Supervisor
Andrea.dayharsh@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 470-2023-03453.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele
07028/2024

Michelle Eisele
District Director

Cc:
Shana Madigan
Seyfarth Shaw LLP
975 F Street, NW, Ste. 900
Washington, DC 20004

Please retain this notice for your records.

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **AMENDED CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: EEOC<br>FEPA | Agency(ies) Charge No(s): **470-2023-03453** |

**Indiana Civil Rights Commission** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Jessica McGuire | 463-204-4181 | |

Street Address

2412 Blackberry Ct

GREENWOOD, IN 46143

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Elevance health | 501+ Employees | |

Street Address

220 Virginia ave

INDIANAPOLIS, IN 46204

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability, Race, Relationship/Association, Retaliation | 02/13/2023 | 05/11/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a qualified individual with a disability hired by the above identity on or about June 27, 2009. I was promoted to Implementation Coordinator on or about January 10, 2022. My direct supervisor is Kristin Edwards (Caucasian). Before my promotion, I always met and or exceeded performance expectations.

On or about February 13, 2023, I received a 30-day disciplinary action. This disciplinary action was directed and cited the symptoms of my disability. Before receiving this disciplinary action, I specifically requested Kristin Edwards I would need more time to complete tasks, and she may have to repeat herself. The disciplinary action also stated I needed to limit my PTO requests to a minimum to concentrate on my new role. Each of my PTO requests was approved by Kristin Edwards (Supervisor).

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Jessica McGuire**<br>**09/27/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | EEOC | 470-2023-03453 |
| | FEPA | |

Indiana Civil Rights Commission — and EEOC
*State or local Agency, if any*

After my disciplinary action was taken, I was being harassed by my supervisor (Edwards). I followed policies and procedures but was told to do tasks differently.

On March 17, 2023, I was told my disciplinary action would be extended until December 2023 due to my husband (African American) being in the news and my incident with having to shoot a dog after being attacked.

I filed a complaint with the Director of Human Resources, Lydia Thompson (Caucasian), that I was being retaliated against because of my disability and race. I was granted a short-term disability; however, after I filed my complaint, my payment was not what it was supposed to be. After my disciplinary action was given, my merit increase was only 2%; however, they did not provide this, nor are they paying me 66 2/3 of my salary. My base salary was $56,080, but they are paying me my old salary of $55,000. I have filed a complaint and have been told the amount of $1750 for short-term disability is accurate.

While I have been out on short-term disability, I have been harassed by Eugena Johnson (Caucasian) and Nicole Jackson (Caucasian). I have been threatened that I will be terminated if I continue to file Worker's Compensation. Eugena has requested I fill out documents asking for all my medical information dating back to my hire date, 2009, regarding this short-term disability. The documents also state that I must reimburse the company and attorney fees.

On or about September 1, 2023, I submitted my clinical to Nicole Jackson as requested for short-term disability. The clinicals were emailed to Nicole Jackson, and I received a delivery receipt confirmation. I was told she didn't receive the clinicals until September 7, 2023, which prevents me from getting my check on time. On or about September 18, 2023, I signed a certified letter from the company stating I had until September 13, 2023, to respond or I would be officially terminated on September 14, 2023, for violation of the attendance policy. I looked at the tracking number provided for the letter, and it indicated it was sent on September 12, 2023. Since I did not respond by September 13, 2023, as requested, I was terminated.

I believe I was discriminated against because of my disability and retaliated against for engaging in protected activity in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

I believe I was discriminated against because of my race, bi-racial, my association with my husband (African American), and retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Jessica McGuire**<br>**09/27/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

The defendants:

Defendant No. 1

Name: ____Elevance Health____________________

Job or Title: ____________________

Street Address: ____220 Virginia ave ____________________

City and County: ___Indianapolis and Marion____________________

Telephone: ____866-777-9636____________________

E-mail Address: ____________________

Defendant No. 2

Name: ______Kristyn (Edwards) Parvich____________________

Job or Title: _Manager Central National Implementation____________________

Street Address: ___85 Crystal Run Rd.____________________

City and County: ___Middletown and Orange County____________________

Telephone: ____845-234-6666____________________

E-mail Address: ____________________

Defendant No. 3

Name: ___Gail Boudreaux____________________

Job or Title: _President and Chief Executive Officer____________________

Street Address: _220 Virginia Ave ____________________

City and County: _ Indianapolis and Marion ____________________

Telephone: ____________________

E-mail Address: ____________________

Defendant No. 4

Name: _Bryant Aaron Sr.____________________

Job or Title: _Chief Compliance Officer____________________

Street Address: ___220 Virginia Ave ____________________

City and County: ___Indianapolis and Marion ____________________

Telephone: ____________________

E-mail Address: ____________________

Defendant No. 5

Name: _Lydia Thompson_

Job or Title: _Director of Associate Relations_

Street Address: _220 Virginia Ave_

City and County: _Indianapolis and Marion_

Telephone: ___

E-mail Address: ___

Defendant No. 6

Name: __Shatonya Newman_

Job or Title: _Investigator Ethics and Compliance Elevance Health_

Street Address: __220 Virginia Ave_

City and County: _Indianapolis and Marion_

Telephone: ___

E-mail Address: ___

Defendant No. 7

Name: _____Daniel Brier_

Job or Title: ____Vice President of Implementation_

Street Address: __220 Virginia Ave_

City and County: ___Indianapolis and Marion_

Telephone: ___

E-mail Address: ___

Defendant No. 8

Name: ___Lynn Scala_

Job or Title: ___Director of National Accounts Implementation_

Street Address: __220 Virginia Ave_

City and County: _Indianapolis and Marion_

Telephone: ___

E-mail Address: ___

Defendant No. 9

Name: Sabrina Blackstone

Job or Title: Associate Relations Consultant

Street Address: 85 Crystal Run Rd

City and County: Middletown and Orange County

Telephone:

E-mail Address:

Defendant No. 10

Name: Elevance Health

Job or Title:

Street Address: 85 Crystal Run Rd

City and County: Middletown and Orange County

Telephone:

E-mail Address:

Defendant No. 11

Name: Kathy Patterson

Job or Title: Associate Relations Consultant

Street Address: 740 West Peachtree St. NW

City and County: Atlanta and Fulton

Telephone:

E-mail Address:

Defendant No. 12

Name: Anthem Atlanta/ Elevance Health

Job or Title:

Street Address: 740 West Peachtree St. NW

City and County: Atlanta and Fulton

Telephone:

E-mail Address:

Defendant No. 13

Name: Katherine Green

Job or Title:

Street Address: 1200 Abernathy Rd. NE, Ste 700

City and County: Atlanta and Fulton

Telephone:

E-mail Address:

Defendant No. 14

Name: Convercent (Ethics and Compliance)

Job or Title:

Street Address: 1200 Abernathy Rd. NE, Ste 700

City and County: Atlanta and Fulton

Telephone:

E-mail Address:

Defendant No. 15

Name: Nicole Jackson

Job or Title: Manager, Integrated Absence/Disability Claims Operations

Street Address: P.O. Box 105429

City and County: Atlanta and Fulton

Telephone: 833-695-2023

E-mail Address:

Defendant No. 16

Name: Eugenia D Johnson

Job or Title: Case Manager Disability Claims Operations

Street Address: P.O. Box 105429

City and County: Atlanta and Fulton

Telephone:

E-mail Address:

Defendant No. 17

Name: _Anthem Life Insurance Company_______________

Job or Title: ________________

Street Address: ____ P.O. Box 105429________________

City and County: ___ Atlanta and Fulton ________________

Telephone: ________________

E-mail Address: ________________

Defendant No. 18

Name: _Anthem Blue Cross Life and Health Insurance Company________

Job or Title: ________________

Street Address: ___ P.O. Box 105429________________

City and County: _Atlanta and Fulton ________________

Telephone: ________________

E-mail Address: ________________

Defendant No. 19

Name: __Anthem Life and Disability Insurance Company________

Job or Title: ________________

Street Address: ___ P.O. Box 105429________________

City and County: __Atlanta and Fulton ________________

Telephone: ________________

E-mail Address: ________________

Defendant No. 20

Name: _Greater Georgia Life Insurance Company using the trade mark name Anthem Life________________

Job or Title: ________________

Street Address: ___ P.O. Box 105429________________

City and County: __Atlanta and Fulton ________________

Telephone: ________________

E-mail Address: ________________

Defendant No. 21

Name: ___Unicare Life and Health Insurance Company_______________

Job or Title: ______________________________________________

Street Address: _____ P.O. Box 105429_____________________________

City and County: __ Atlanta and Fulton ______________________________

Telephone: ______________________________________________

E-mail Address: ______________________________________________

Defendant No. 22

Name: __NY Life and Disability Products_________________________

Job or Title: ______________________________________________

Street Address: _____ P.O. Box 105429_____________________________

City and County: ___ Atlanta and Fulton ____________________________

Telephone: ______________________________________________

E-mail Address: ______________________________________________

The facts of my case as follows:

The plaintiff, Jessica McGuire, worked for Elevance Health, an insurance company, at its head quarts in the Indianapolis area office from 2009 through 2023. She was an implementation coordinator at the executive level. She was responsible for implementing any benefits, claims, systems, coding, client intent, any changes to her clients plans, and handling any issues for her clients as they arise. Her clients included LG&E, INEOS corporation, Fluor corporation, State Auto insurance, Trilogy Health Services, Northwestern Mutual Life insurance, AO Smith. She also assisted with Centene corporation, The Kroger corporation and Elevance Health.

During the time of 2022 through 2023 Jessica noticed several issues with the clients claims, benefits, systems were being coding incorrectly and tasks were not being completed, which were causing issues and money for clients and their members. She started trying to fix the issues and was warned by senior staff that she did not understand her role and responsibility and if she did not stop the executives, and higher ups would come for her putting her on disciplinary action or she could face termination. Jessica continued to follow the law, the company's polies and procedures and fix the issues. In December of 2022 she was informed by her manager Kristyn Pavich that she should be turning the blind eye, misleading her clients and not follow any laws, company policies and procedures for clients and their members. Jessica declined and continued to follow the law and company policies and procedures.

On February 07, 2023, Jessica was asked to resign by her manager Kristyn. She declined to resign and offered to transfer to another unit instead. Kristyn informed Jessica that they would speak about her concerns and situation later. On February 13, 2023, Jessica had her meeting with Kristyn where human resources was present and was informed, she was being placed on disciplinary action for her performance, behavior, and disability. Jessica was not understanding her place, role, and responsibility, was canceling client meetings, and causing issues for clients, members, and was threatening, intimidating, and harassing senior staff, mentors, and other coworkers. Client management, senior staff, mentors, and other coworkers where demanding that Kristyn did something about her, and this was the best solution to the problem. Jessica did not understand why she was being placed on disciplinary action when she had never done nothing wrong. She had great relationships with client management, senior staff, mentors, and other coworkers. She did not handle anything that had to do directly with her clients. Any client meetings were handled directly by client management and executives. Jessica had never been in any trouble before and met expectations on her performance review. She was given meets and exceeded expectations by other senior staff members, mentors, and client management. She tried to speak with human resources, but she refused to come off mute and speak with her. Jessica declined to accept the disciplinary action and asked to speak with human resources. Kristyn informed her that if she were going to leave her unit it would be on disciplinary action and there was nothing, she could do about it. It would remain confidential and only last for thirty days, so it was no big deal. Jessica needed to learn her role, place, and responsibility. The same day Jessica went to human resources for help. Kathy Patterson with associate relations was assigned. After going to human resources, the thirty-day disciplinary action was extended by Kristyn until the end of the 2023 year. Jessica started being discriminated, threatened, intimated, harassed, and

retaliated against by Kristyn and other senior staff members. When Jessica asked senior staff why this was happening, she was informed that they were just doing what was asked by Kristyn and needed their job. When she asked Kristyn why she was doing this because it was triggering her disability and making her severely ill, she was told by Kristyn that she was doing her job and seen nothing wrong with what she is doing. This resulted in Jessica becoming severely ill and having a mental breakdown. She had to be placed on medication and approved short-term disability.

Elevance Health accepted responsibility but refused to let her continue with her workman's compensation claim. She was advised by case manager Eugenia Johnson that she not realize the company was at fault. She should have never approved this, and she was going to get in trouble. If Jessica continued with the workman's comp claim she would not be paid and possibly terminated. Jessica withdrew the workman's comp complaint in fear she would not be paid and fired.

On March 19, 2023, Jessica spoke with Kathy Patterson who stated she spoke with Kristyn, client management, mentors and other senior staff members and she was the one who was threatening, harassing, intimating her fellow coworkers. Kathy started victim shaming, intimated, and threatened her. Jessica asked for the proof or evidence for these claims because they were untrue, but Kathy refused to provide anything. After their conversation Jessica followed company policy and went to Convercent Ethics and compliance for help and filed a complaint with Katherine Green. She informed Katherine of the situation and that she was being asked by Kristyn to break the law and not follow the company's policies and procedures by turning the blind eye. This was costing their clients and members millions if not billions of dollars. Jessica was informed by Convercent that Elevance Health policy is for them to just take

statements and send all request back to them to be handled in house by their ethics and compliance unit where Shatonya Newman was assigned to her complaint. She informed Jessica that she was not allowed to speak on recorded lines or record any conversation that they had. Any information about their investigation would not be released unless she returned to work. Jessica physicians did not agree with this solution or putting her back into the hostile work environment that was making her ill and kept her off work. During this time Eugenia Johnson case manager of disability claims and her manager Nicole Jackson asked Jessica to fill out additional paperwork that would be needed for leave of absence. This was after her physicians had already submitted the proper information that was needed for medical necessity and her leave was approved. Jessica noticed that the paperwork was encrypted in sections, violated her HIPPA rights, and was attempting to commit claims fraud. She also noticed that the paperwork stated that her pay, and benefits were at the discretion of the company, and she would have to reimburse the company for any past, present or future expenses that the company seen fit. If she chose to sue the company for this issue and won, she also be expected to turn over one hundred percent of the net amount awarded for reimbursement. When Jessica expressed concern to Eugenia and Nicole about the paperwork, she was informed that she could not record any calls, have anything in writing and they would not be answering any questions about the paperwork. Jessica decided to exercise her rights and revoke the company's permission and request to obtain all and any non-medical information, all and any other medical information not pertaining to this claim, psychiatric notes, and anything else that they were not allowed to have normally. She did not agree with signing her HIPPA rights away so anyone who claimed to be on behalf of the insurance company including legal and anyone who was not medical to review her information. Instead, she would send the physicians form with medical records for medical necessity herself

which Nicole agreed to. Her short-term disability continued to be approved until it was exhausted, and she requested long-term disability leave.

Jessica continued to follow company policy and took it up the ladder for additional help from Gail Boudreaux president and chief executive officer of Elevance Health, Bryan Aaron Sr. the chief compliance officer of ethics and compliance, legal, Kristyn Pavich direct supervisors Daniel Brier vice present, Lynn Scala director of national accounts implementation and advised them of the situation and that she was being asked to break the law, not follow company policies and procedures, she was given fraudulent disability forms that violated her HIPPA rights, they were committing claims fraud and the company was costing their clients, members and employees millions if not billions of dollars. Her statements that she was making to Convercent were being altered by Shatonya Newman to show the company doing no wrong and her at fault. In return Gail assigned Lydia Thompson director of associate relations to the handle the situation. Lydia asked Jessica that she only use her for point of contact going forward and for time to investigate the situation which Jessica agreed in hopes that something was finally going to be done, they would follow the law, company polies and procedures and she would be able to return to a safe work environment. In May of 2023, Jessica was mailed a box from Lydia containing the reasoning of why everything was happening to her and her results from the investigation. The box contained only fourteen years of paystubs and previous performance evaluations where she exceeded or met expectations. Nothing was included about Kristyn or why this was happening to her or any evidence they claimed they had against her. Lydia informed Jessica that she was being disruptive and inappropriate, the intimation, harassed, retaliated, discrimination got worse, and she started being under paid and her benefits were affected. The information that she was requesting she was not allowed to have it was against the company policy.

On September 18, 2023, Jessica received a certified letter from Kristyn Pavich and Sabrina Blackstone dated for September 8, 2023, stating she had until September 13, 2023, to respond to this letter or she would be deemed as abandoning her job and terminated as of September 14, 2023. She reached out immediately in hopes of saving her employment. She noticed that the tracking showed Kristyn did not mail out the letter until September 12, 2023, at 12:42 pm and it would have never reached her in time. She also reached out Nicole Jackson who was over her leave and was told by Nicole that she informed Lydia of my pending long term disability review. Jessica again tried to get help from Gail Boudreaux president and chief executive officer of Elevance Health, Bryan Aaron Sr. the chief compliance officer of ethics and compliance, legal, Kristyn Pavich direct supervisors Daniel Brier vice present, Lynn Scala director of national accounts implementation, Lydia Thompson director of associate relations for her wrongful termination. Jessica received a letter from Nicole dated September 21, 2023, that her long-term disability was denied, and she could submit an appeal. The paperwork stated that if she did the appeal, she would have to agree to giving up her HIPPA rights, hand over the conversations from psychiatry and any other information that they are usually not allowed to have and agree to everything she had previously declined. Jessica called Lydia and left a voicemail asking why she was being terminated. She also called human resources and filed another complaint for wrongful termination. During her call with human resources, she was informed that she was terminated on September 14, 2023, and September 21, 2023. The following week she received a letter from Lydia stating this was response for her voicemail and she was terminated because of the letter mailed September 08, 2023, abandoning her job. The company entered a termination date of September 22, 2023, in the system and placed her as a non-rehire. Since her termination, the company has continued to harass, intimate, retaliate

against her and spread lies to unemployment and the EEOC. When the unemployment courts asked for their evidence or to explain how I just walked out of work one day against her evidence they refused to show up in court. During mediation with the EEOC the company tried to threaten Jessica into settling. They stated they had a position statement and evidence against her ready to go and she would never win in court. After she declined their five thousand dollars offer, the company refused to submit the position and evidence against her that they stated they had. They had to be threatened with a subpoena to court. The company has yet to submit any evidence or findings her.

Jessica was humiliated and is listed as a non-rehire which has affected her career. She is asking for the non-rehire be removed and all defendants listed be responsible for lost wages, medical bills, emotional distress, defamation, and damages. She also asks the courts to hold Elevance Health and any employees involved to be held accountable for their actions that are causing their clients, members and employees millions or billions of dollars. By purposely causing data breaches, HIPPA violations, changing diagnosis and HCPC, CPT codes, causing claim issues, benefit issues, not completing coding or system tasks correctly and to stop being dishonest in other court cases that are being brought against the company. She has been named in several court cases where the company has lied on her behalf. She all internal documentation to show the company is aware of what they are doing to all their clients, members, and employees.